IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| STEPHEN SOTELO, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIRECTREVENUE, LLC; DIRECTREVENUE HOLDINGS, LLC; BETTERINTERNET, LLC; BYRON UDELL & ASSOCIATES, INC.; D/B/A ACCUQUOTE; AQUANTIVE, INC., and JOHN DOES 1-100,<br><br>Defendants. | NO. 05 C 2562<br><br>Judge Gettleman |

### STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, Stephen Sotelo, and defendants, Byron Udell & Associates, Inc., BetterInternet, LLC, DirectRevenue, LLC and aQuantive, Inc., being all of the parties who have appeared in the above-referenced action, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), stipulate that this lawsuit is voluntarily dismissed against aQuantive, Inc. and Byron Udell & Associates, Inc. without prejudice, without costs or attorney fees to any of the parties, and without any effect on the claims against any other defendants. By the signature of their counsel below, it is so stipulated by all parties who have appeared in this action.

_____
Counsel for Plaintiff, Stephen Sotelo

_____
Counsel for aQuantive, Inc.

_____
Counsel for DirectRevenue, LLC,
BetterInternet, LLC and
Byron Udell & Associates, Inc

PERKINS COIE LLP
131 S. Dearborn Street
Suite 1700
Chicago, IL 60603-5559
Tel: (312) 324-8400
Fax: (312) 324-9400

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the **Stipulation of Voluntary Dismissal** was sent to the following counsel of record via CM/ECF and E-mail on December 15, 2005:

Matthew J. Gehringer
Scott H. Gingold
PERKINS COIE LLP
131 South Dearborn Street, Suite 1700
Chicago, Illinois 60603

Neal H. Klausner
David S. Greenberg
Elizabeth Yoo
DAVIS & GILBERT LLP
1740 Broadway
New York, NY 10019

Bradford Lyerla, Esq.
Anthony Hind, Esq.
MARSHALL, GERSTEIN & BORUN LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357


By: _____
David J. Fish


David J. Fish
THE COLLINS LAW FIRM, P.C.
1770 N. Park Street, Suite 200
Naperville, Illinois 60563
(630) 527-1595